UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

LINDA CHASE,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 5:23cv 00023-AW-MJF
*(To be filled in by the Clerk's Office)*

v.

CHIEF JUSTICE CARLOS MUÑIZ

SEE ATTACHED,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☐ YES  ☒ NO

FILED USDC FLND PN   JFJ
JAN 27 '23 PM 2:52

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

1

DEFENDANTS
―――――――――

MERRICK GARLAND - ATTY GENERAL DOJ ✓
JASON COODY - US ATTY GENERAL NDFL/DOJ ✓
MICHAEL FRANK - JUDGE NDFL ✓
T. KENT WETHERELL - JUDGE NDFL ✓
ALLEN WINSOR - JUDGE NDFL ✓
MARK WALKER - JUDGE NDFL ✓
~~ROBERT HINKLE - JUDGE NDFL~~ ✓
MARTIN FITZPATRICK - JUDGE NDFL ✓
HOPE CANNON - JUDGE NDFL ✓
~~ZACHARY BOLITHO - JUDGE NDFL~~ ✓
MILES DAVIS - JUDGE

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: LINDA CHASE

   Address: 4800 N. STAR AVE
   A 1206

   City, State, and Zip Code: 32404

   Telephone: _____ (Home) (219) 201-6022 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: MERRICK GARLAND

   Official Position: ATTORNEY GENERAL

   Employed at: U.S. DEPARTMENT OF JUSTICE

   Mailing Address: 950 PENNSYLVANIA AVE NW
   WASHINGTON, DC 20530

   ☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: JASON COODY

   Official Position: U.S ATTORNEY GENERAL

   Employed at: U.S. DEPARTMENT OF JUSTICE NDFL

   Mailing Address: 111 N. ADAMS ST
   TALLAHASSEE, FL 32301

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.) SEE NEXT PAGE

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: CARLOS MUÑIZ

   Official Position: CHIEF JUSTICE

   Employed at: U.S. SUPREME COURT

   Mailing Address: 500 S. DUVAL ST.
   TALLAHASSEE, FL 32301

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: ROBERT HINKLE

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 111 N. ADAMS ST.
   TALLAHASSEE, FL 32301

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.) SEE NEXT PAGE

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: T. KENT WETHERELL

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 111 N. ADAMS ST.

   TALLAHASSEE, FL 32301

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: MARK WALKER

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 111 N. ADAMS ST.

   TALLAHASSEE, FL 32301

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.) SEE NEXT PAGE

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: ALLEN WINSOR

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 111 N. ADAMS ST.

   TALLAHASSEE, FL 32301

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

2. Defendant's Name: MICHAEL J. FRANK

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 1 N. PALAFOX ST.

   PENSACOLA, FL 32502

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)   SEE NEXT PAGE.

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: MARTIN FITZPATRICK

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 111 N. ADAMS ST.

   TALLAHASSEE, FL 32301

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: HOPE T. CANNON

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 1 N. PALAFOX ST.

   PENSACOLA, FL 32502

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*   SEE NEXT PAGE.

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: ZACHARY BOLITHO

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT.

   Mailing Address: 1 N. PALAFOX ST.
   PENSACOLA, FL 32502

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: MILES DAVIS

   Official Position: JUDGE

   Employed at: NORTHERN DISTRICT OF FLORIDA COURT

   Mailing Address: 1 N. PALAFOX ST.
   PENSACOLA, FL. 32502

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

① COUNT/CHARGE 1 - ADA of 1990 / HAVE REQUESTED AND PROVIDED PROOF OF MY DISABILITY AT LEAST 13 TIMES AS WELL AS PROOF OF INCOME - SEE EXHIBIT 3, pg 2 WHEN REQUEST/MOTION FOR COUNSEL + TO PROCEED IN FORMA PAUPERIS, BUT WAS DENIED BY HON. JUDGES MICHAEL FRANK, MARTIN FITZPATRICK, HOPE T. CANNON + ZACHARY BOLITHO FOR THE 13 CIVIL COMPLAINTS FILED FROM 05/22 THROUGH SEPT. 2022. ADA of 1990 REQUIRE REASONABLE

**Factual Allegations, Continued** *(Page 1 of 5)*

ACCOMODATION. IT WAS NOT REASONABLE FOR ME TO PAY $2412 IN THE MONT OF OCTOBER WITH A $390. SURPLUS INCOME MONTHLY. MY DISABILITY IS MENTAL (GENERALIZED ANXIETY DISORDER + MAJOR DEPRESSIVE DISORDER) / CURRENTLY RECEIVE Soc. Sec. DISABILITY. SEE EXHIBIT 3, pgs 21+22. / EXPERIENCE EPISODIC UNCONTROLLED ANXIETY ATTACKS + DEPRESSION. MY APPEAL + OBJECTIONS FOR THE ABOVE LISTED REQUESTS WERE DENIED BY HON. JUDGES ROBERT HINKLE, ALLEN WINSOR, T. KENT WETHERELL, + MARK WALKER. ADA of 1990 violated. I WAS NOT REASONABLE ACCOMMODATED. MILES DAVIS VIOLATED ADA WHEN HE DISMISSED MY CASE WITHOUT ALLOWING ME TO AMEND AS ORDER ON 11/08/2022. PLEASE SEE EXHIBIT 3, pages 1-9. Pages 10-11 Shows IMPROPER/FRAUDULENT ENTRIES. PLEASE READ HANDWRITTEN NOTES. SEE pgs 10(a), dated 10/19/2022. THE ORDER TO AMEND BY 11/22/2022. EXHIBIT 3, pg 10(b) IS AN EMAIL ADDRESSING (ie my 2ND AMENDMENT DATED 10/31/2022, AFTER MY 1ST AMENDMENT DATED 10/21/2022. SOME ISSUES + page 11 IS MY 1ST AMENDMENT, DATED 10/21/2022. FOLLOWED BY pgs 12-20.

Please Refer To Pg 10, item 19, it's listed after item 13, why? SUSPICIOUS. WHEN WAS A 2ND AMENDMENT SUBMITTED BY ME?

② COUNT/ CHARGE 2 Civil Rights Act of 1968 = FAIR HOUSING. PLEASE EXHIBITS 1+2. / FILED A FAIR HOUSING COMPLAINT AGAINST MY LANDLORD. THE CLAIM WAS DISMISSED BY FLORIDA COMMISSION OF HUMAN RELATIONS + / FILED A TIMELY APPEAL THAT WAS REJECTED AS UNTIMELY; THEREFORE, / FILED TWO MORE CIVIL COMPLAINTS. EXHIBIT 1 SHOWS MY SUBMITTING MY 2ND AMENDMENT 3 TIMES

**Factual Allegations, Continued** (Page 2 of 5)

BECAUSE OF FAILURE TO ENTER IN THE SYSTEM. See EXHIBIT 1 p4, entries 20, 21, & 24. PLEASE SEE EXHIBIT 2, pgs 1-6 & READ MY HANDWRITTEN NOTES. Pg. 3(a) is an appeal & Objection & pg 4 is proof that another case was AMENDED THE SAME DAY & ENTERED CORRECTLY. Pg 3 item #26 orders me to AMEND FOR A 4th time. Pages 7-18 is proof that I AMENDED. Pg 17 shows the date (11/16/2022). Pg 19-24 is MY REQUEST FOR FOIA VIOLATION. FAIR HOUSING/CIVIL RIGHTS ACT OF 1968 WAS VIOLATED WHEN HOPE T. CANNON & MARK WALKER DISMISSED THE CASE AGAINST FLORIDA COMMISSION ON HUMAN RELATIONS WHICH LEADS TO CHARGE #3 - FOIA.

(3) CHARGE/COUNT 3 FOIA - ON 11/09/2022, I SUBMITTED 3 JUDICIAL PROCEEDINGS (EXHIBIT 4 + EXHIBIT 3, p. 19-24) AGAINST AN AGENCY FOR THE DEPARTMENT OF LABOR, RON DESANTIS, FLORIDA COMMISSION ON HUMAN RELATIONS, & THE UNITED STATES POSTAL SERVICE FOR VIOLATING FOIA. AS OF TODAY (1/27/2023) NO ACTION HAS BEEN TAKEN; THEREFORE, MARK WALKER, HOPE T. CANNON, ALLEN WINSOR, T. KENT WETHERELL, MARTIN FITZPATRICK + MICHAEL FRANK VIOLATED FOIA. I ALSO SUBMITTED SUMMARY JUDGMENT MOTIONS ON 11/28/2022, 12/12/2022, + 01/07/2023 (EXHIBIT 5, pgs 1-4, pgs 5-15 +, pgs 16-37) NO ACTION ON THESE EITHER. I KNOW IT DOESN'T TAKE LONG FOR A DECISION ON A SUMMARY JUDGMENT BECAUSE I WAS

**Factual Allegations, Continued** *(Page 3 of 5)*

MANAGEMENT REPRESENTATIVE FOR A CIVIL COMPLAINT AGAINST THE U.S. POSTAL SERVICE. JONATHAN LETZRING WAS THE ASST. U.S. ATTORNEY THAT CHOSE ME. (See EX 5, p. 38-40) AFTER 3 DAYS OF THE TRIAL, ATTY LETZRING MOTIONED FOR A SUMMARY JUDGMENT. THE PRESIDING JUDGE WAS ROBERT HINKLE, AND HE GRANTED ATTY LETZRING'S MOTION FOR SUMMARY JUDGMENT.

COUNT/CHARGE 4
④ ADEA OF 1967 VIOLATION BY T. KENT WETHERELL, MICHAEL FRANK, & MARTIN FITZPATRICK IN MY SUMMARY JUDGMENT AGAINST THE U.S. GOVERNMENT, EXHIBIT 1, p. 6, I PROVED AGE DISCRIMINATION. ONCE THE JUDICIAL PROCEEDING AGAINST USPS RECORDS ARE REVIEWED BY THE COURT, IT WILL PROVE ONE OF THE RESPONDENTS, WESLEY FIVEASH, WAS UNDER 40. I WAS 60 AT THE TIME OF HAZING. WHICH LEADS TO CHARGES 5 & 6 - FECA/REHAB. ACT

COUNTS/
⑤ CHARGES 5 & 6 FECA & REHABILITATION ACT OF 1973. I FILED AN OWCP CLAIM ON 02/26/2019. MY CLAIM IS THAT I WAS HAZED. PLEASE SEE SUMMARY JUDGMENT MOTION EXHIBIT 5, p. 8 IN THIS MOTION, I PROVED MY CLAIM WAS ACCEPTED. I ALSO REQUESTED A JUDICIAL PROCEEDING AGAINST AN AGENCY (EXHIBIT 4, p. 5-10) (DOL) I HAVE YET TO GET A DECISION. ALLEN WINSOR & HOPE T. CANNON VIOLATED FECA & THE REHABILITATION ACT.

**Factual Allegations, Continued** (Page 4 of 5)

I HAVE YET TO RECEIVE FECA PAYMENTS. AS I WROTE IN MY MOTION FOR SUMMARY JUDGMENT, I HAVE A $20,000 plus treasury debt + 15% of my Soc. Sec. DISABILITY + 25% OF MY PENSION IS BEING TAKEN, ROUGHLY $748/MONTHLY.

COUNT/CHARGE 7

⑥ WPEA of 2012. PLEASE SEE EXHIBIT 3, bottom of pg. 2. I FILED 13 CIVIL COMPLAINTS. 10 of WHICH ARE/ WERE AGAINST GOVERNMENT AGENCIES. I REPORTED THAT I WAS A WHISTLEBLOWER TO ALMOST ALL AGENCIES LISTED ON PAGE 2, but TO NO AVAIL. Hon. Judges MICHAEL FRANK, T. KENT WETHERELL, ALLEN WINSOR, MARK WALKER, ROBERT HINKLE, MARTIN FITZPATRICK, HOPE CANNON + ZACHARY BOLITHO VIOLATED WPEA of 2012. I PRESENTED EVIDENCE OF WASTE, FRAUD + ABUSE, BUT NO ONE DID ANYTHING. AS GOVERNMENT EMPLOYEES, WE TAKE AN OATH TO DEFEND THE CONSTITUTION AGAINST ALL ENEMIES, FOREIGN + DOMESTIC..... THIS WAS NOT DONE FOR ME. AS I WROTE IN MY SUMMARY JUDGMENT MOTION, EXHIBIT 5, INSTEAD OF BEING PROTECTED, I AM BEING PENALIZED, p. 21, A HIGH TECH LYNCHING, AS SUPREME COURT JUSTICE CLARENCE (last paragraph.)

**Factual Allegations, Continued** (Page 5 of 5)

THOMAS SAID IN 1991, but as for me, instead of being hung from a tree, I AM BEING DISABLED FINANCIALLY, RAPED, A KNEE IS ON MY NECK & I CAN'T BREATHE.

⑨ COUNT/CHARGE 8 CIVIL RIGHT ACT of 1991 VIOLATION. TH Civil Rights Act of 1991 IS BEING VIOLATED BY MICHAEL FRANK, T. KENT WETHERELL, ALLEN WINSOR, MARK WALKER, ROBERT HINKLE, MARTIN FITZPATRICK, HOPE CANNON, ZACHARY BOLITHO & MILES DAVIS. PLEASE READ ALL JUDICIAL PROCEEDINGS AGAINST AN AGENCY, MOTION TO REMOVE MARIE MOYLE & T. KENT WETHERELL FROM ALL MY CASES & ALL THREE SUMMARY JUDGMENT MOTION. MY MAIL IS BEING MISDIRECTED/TAMPERED WITH. PLEASE SEE EXHIBIT 6. I SUBMITTED A CHANGE OF ADDRESS WITH THE COURT ON 10/24/2022 that took EFFECT ON 11/01/2022 FOR ALL 13 of MY CASES. MAIL IS & PROBABLY STILL IS BEING SENT TO MY OLD ADDRESS. I HAVE INCLUDED A PIECE IN THIS EXHIBIT. THESE ACTIONS/CONDUCT/BEHAVIORS ARE INTENTIONAL, especially THE FOIA violation. MY FECA BENEFITS WERE FURTHER DELAY BECAUSE THE JUDICIAL PROCEEDING AGAINST DOL WAS NOT ACTED UPON & THE JUDGES HAD ME AMEND CASES WITH FOIA VIOLATIONS 2 OR 3 TIMES. ALL DEFENDANTS WERE PROPERLY SERVED SUMMONS. SEE EXHIBITS 7-9.

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

① AMERICANS W/DISABILITIES ACT OF 1990 (ADA OF 1990)
② CIVIL RIGHTS ACT OF 1968/TITLE VIII FAIR HOUSING
③ FREEDOM OF INFORMATION ACT (FOIA)
④ AGE DISCRIMINATION (EMPLOYMENT) ACT OF 1967 (ADEA)
⑤ FEDERAL EMPLOYEES COMPENSATION ACT (FECA)

## V. RELIEF REQUESTED

*SEE NEXT PAGE

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

ANY OF MY PREVIOUS CASES THAT WERE ERRONEOUSLY DISMISSED FOR FAILURE TO ACT ON SANCTION FOR VIOLATING FOIA, OR BECAUSE OF MAILING CORRESPONDENCE TO INCORRECT ADDRESS + ALTERING DOCKET ENTRIES FOR ANY CASES, AND FAILING TO ACT TIMELY ON MOTION FOR SUMMARY JUDGMENTS TO BE RE-INSTATED IMMEDIATELY.

IV. **STATEMENT OF CLAIMS**

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

⑥ REHABILITATION ACT of 1973
⑦ WHISTLE BLOWER PROTECTION ENHANCEMENT ACT OF 2012 (WPEA)
⑧ CIVIL RIGHTS ACT OF 1991

V. **RELIEF REQUESTED**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages (either actual or punitive damages), include the amount sought, explaining the basis for the claims.

I AM REQUESTING THE PRESIDING JUDGES 1ST FAVORABLY ACT ON MY DEPARTMENT OF LABOR SUMMARY JUDGMENT + FECA PAYMENT AWARDED EFFECTIVE BY 01/31/2023, PRESIDING JUDGE TO 2ND FAVORABLY ACT ON MY SUMMARY JUDGMENT FOR THE UNITED STATES POSTAL SRVC. PRESIDING JUDGE TO THIRDLY FAVORABLY ACT OF MY SUMMARY JUDGMENT FOR REBECCA FISHER. WHAT EVER MONETARY AWARD FOR THE INTENTIONAL ACTIONS/BEHAVIOR/CONDUCT THE COURT DEEM + FOR THE BEHAVIOR/CONDUCT TO BE ADDRESSED.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 01/27/2023    Plaintiff's Signature: *Linda Chase*

Printed Name of Plaintiff: LINDA CHASE

Address: 4800 N. STAR AVE #1206
PANAMA CITY, FL 32404

E-Mail Address: lindachase58@gmail.com

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

7

Telephone Number: (219) 201-6722

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*