UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA CHASE,
    Plaintiff,

vs.                                             Case No.: 5:23cv23/MCR/GRJ

RUDOLPH SHEPARD, et al.,
    Defendants.
                                   /

## ORDER

The magistrate judge issued a Report and Recommendation on February 10, 2023. (Doc. 14). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and all timely filed objections, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without leave to amend** for Plaintiff's failure to state a claim.

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 11th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**