UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA CHASE

    VS                                        5:23-cv-00023-MCR-GRJ

MERRICK GARLAND, et al.

**JUDGMENT**

Pursuant to and at the direction of the Court this case is DISMISSED without leave to amend for Plaintiffs failure to state a claim.

                        JESSICA J. LYUBLANOVITS,
                        CLERK OF COURT

<u>April 11, 2023</u>                <u>/s/ *A'Donna Bridges, Deputy Clerk*</u>